JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OLGA RUTTERSCHMIDT, | Case No. CV 11-6000-GW (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN MILLER, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 8, 2012

George H. Wu
United States District Judge