FILED

OCT 11 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| OLGA RUTTERSCHMIDT,<br><br>       Petitioner,<br><br>       v.<br><br>WARDEN MILLER,<br><br>       Respondent. | Case No. CV 11-6000-GW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 8, 2012

_George H. Wu_

George H. Wu
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1